# EXHIBIT E

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,

# COUNTY OF SAN DIEGO

# S E A R C H W A R R A N T

No. _45 141_

The People of the State of California, to any sheriff, marshal, police officer or any other peace officer in the County of San Diego:

Proof, by affidavit, having been this day made before me by Darren Perata, a Deputy Sheriff that there is substantial probable cause pursuant to Penal Code section 1524 for the issuance of the search warrant, as set forth in the affidavit attached hereto and made a part hereof as is fully set forth herein, you are, therefore, commanded to make search at any time of the day, probable cause being shown therefore,

## LOCATION, PROPERTY, AND/OR PERSON[S] TO BE SEARCHED

The records in the constructive or actual possession of the California corporation known as Facebook. This business is located at 156 University Avenue, in the City of Palo Alto, County of Santa Clara, State of California, the search is to include the premises and all record storage areas and all parts therein.

## ITEMS TO BE SEIZED

For the following property, to wit:

1. All Facebook account information for profile ID's "Hannah Marie Anderson" aka Facebook.com/hannah.anderson.524
And
"James Lee DiMaggio" aka Facebook.com/jim.dimaggio.7
And
"Lora Robinson " aka .facebook.com/loradimaggio

Including but not limited to;
2. All registration information
3. User Names and profile names

-1-

4. E-mail addresses and passwords
5. News feed and wall information, photos, links, videos, causes and notes
6. Profile information
7. Friends information
8. Settings information (account, privacy, application)
9. Private messages in the user's inbox, sent messages, trash/deleted messages, notifications and updates
10. Security questions, privacy control and credit card(s) information
11. Chat information
12. IP logs (which includes the date stamps of the IP logs at login), initial login IP address and account activity for the date range of 1 June of 2013 through 180 days as of the date of this order.
13. Other information including name, address, phone number and other screen names that may tend to identify the user.

## CERTIFICATION TO DEFER NOTIFICATION TO SUBSCRIBER

The court finds that there is substantial probable cause to believe notification to the subscriber of the Facebook accounts in question would impede or destroy this investigation. Accordingly, the Court certifies the request that notification to the subscribers be deferred pending further order of this court.

**IT IS ORDERED** that Facebook shall be compensated by USMS for reasonable expenses incurred in providing technical assistance,

Dated 8-7-13

*[signature]*

**JUDGE OF THE SUPRIOR COURT**
**San Diego County**

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,

## COUNTY OF SAN DIEGO
## AFFIDAVIT FOR
## SEARCH WARRANT

No. ___45/41___

*Darren Perata*

I, ~~Don Allie~~, do on oath make complaint, say and depose the following that I have probable cause to believe and I do believe I have cause to search:

I Darren Perata, certify that this request is made in connection with the criminal fugitive investigation of James Lee DiMaggio 01/17/1973. DiMaggio has an arrest warrant for two counts of PC 187 (A)-Murder and PC 451 (A)- Arson.

### LOCATION, PROPERTY, AND/OR PERSON[S] TO BE SEARCHED

The records in the constructive or actual possession of the California corporation known as Facebook. This business is located at 156 University Avenue, in the City of Palo Alto, County of Santa Clara, State of California, the search is to include the premises and all record storage areas and all parts therein.

### ITEMS TO BE SEIZED

For the following property, to wit:

1. All Facebook account information for profile ID's "Hannah Marie Anderson" aka Facebook.com/hannah.anderson.524
And
"James Lee DiMaggio" aka Facebook.com/jim.dimaggio.7
And
"Lora Robinson" aka .facebook.com/loradimaggio
Including but not limited to;

2. All registration information

3. User Names and profile names

4. E-mail addresses and passwords

5. News feed and wall information, photos, links, videos, causes and notes

6. Profile information

7. Friends information

8. Settings information (account, privacy, application)

9. Private messages in the user's inbox, sent messages, trash/deleted messages, notifications and updates

10. Security questions, privacy control and credit card(s) information

11. Chat information

12. IP logs (which includes the date stamps of the IP logs at login), initial login IP address and account activity for the date range of 1 June of 2013 through 180 days as of the date of this order.

13. Other information including name, address, phone number and other screen names that may tend to identify the user.

## AFFIANT'S QUALIFICATIONS

I am a Deputy Sheriff. I work on the San Diego fugitive task force. I have apprehended over 100 fugitives.

## PROBABLE CAUSE STATEMENT

Your affiant certifies that the United States Marshals Service and San Diego Sheriff's Department is conducting a criminal investigation into James Lee DiMaggio. On 08/05/13, San Diego Sheriff Homicide requested assistance regarding in the location and apprehension of James Lee DiMaggio. DiMaggio is wanted by the San Diego County Sheriff's Department for two counts of PC 187(A)- Murder and PC 451(A)-Arson. On 08/04/13, DiMaggio killed his best

-4-

friend's wife and eight year old son. DiMaggio also shot and killed the family dog and after the double homicide, DiMaggio set the house on fire. A third family member, sixteen-year old Hannah Anderson, is also missing and believed to still be with DiMaggio. Hannah Anderson is believed to be in grave danger and being held against her will by DiMaggio. On 08/05/13, a nationwide Amber Alert was issued for Hannah Anderson and the vehicle registered to DiMaggio, a blue 2013 Nissan Versa with CA license plate #6WCU986. Through further investigation, it is believed DiMaggio's sibling Lora Robinson: AKA Lora DiMaggio or Joanna Tugend is possibly aiding DiMaggio in his capture by authorities. Robinson had multiple/unusually large volume of calls to DiMaggio's phone on the day of the crime.

Using photographs obtained from investigators agents identified the Facebook pages belonging to Dimaggio, Anderson and Robinson, under that name listed in this search warrant. Phone records indicate that Dimaggio, Anderson and Robinson has been communicating on mobile phones regularly.

## OPINIONS AND CONCLUSIONS

James Lee DiMaggio represents a significant danger to our community. DiMaggio's actions during the murder and arson investigation have placed border patrol, California highway patrol and all Law Enforcement officers at significant risk. When arrested, Dimaggio will face numerous charges for his actions.

## REQUEST FOR DEFERRED NOTIFICATION OF SUBSCRIBER

I know the above described company may notify the subscriber that a search warrant was received, and may provide the subscriber with the name of the agency making the request. I am aware, that the notification will be deferred and no disclosure made pending further court order if there is a certification for non-disclosure in the body of the warrant setting forth a statement that there is probable cause to believe that notification to the subscriber would impede the investigation of the offense pursuant to which the warrant was issued. Accordingly, I believe and state that it is my opinion that such notification would seriously impede or destroy my investigation for the following reasons:

My training and experience indicates that persons who learn they are being investigated will either temporarily cease their criminal activity, or more likely, will flee and remove any evidence related to it to another location. Persons being investigated also occasionally provide means of access to on-line accounts to confederates or others in the event said person(s) is apprehended so as to allow the confederates the ability to destroy any evidence of criminal

activity to protect the person in custody. I feel certain that notification to the subscriber in this case, under all of the facts set forth in the affidavit, would cause the suspect(s) herein to hide, move their activity and/or destroy evidence, which would not only impede my investigation but would more likely damage, possibly irreparably, the investigation herein. I therefore request that the court order the subject company to defer notification to the subscriber pending further Court Order.

### REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order, sealing, until further order of this Court, all papers submitted in support of this Search Warrant, including the probable cause statement and any orders. Sealing is necessary because disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, cause the destruction of evidence and/or have a negative impact on this continuing investigation.

I, the affiant, hereby pray a search warrant be issued for the seizure of said persons from said premises at any time of the day, or night good cause being shown therefore, and the same be brought before this magistrate or retained subject to the order of this Court

I certify under penalty of perjury that the foregoing is true and correct

Signed in San Diego, California

Dated: 8-7-13

_____
Darren Perata
Deputy Sheriff

_____
Judge of the Superior Court
County of San Diego, California

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

COUNTY OF SAN DIEGO } ss.
STATE OF CALIFORNIA

**RECEIPT AND INVENTORY**

WARRANT NO. 45141
CASE NO. 1313985Z
DIMAGGIO, JAMES
(name)

Receipt is hereby acknowledged, and the undersigned makes this inventory, of the following property and things seized by him/her this day in the search of the premises described in said warrant and taken pursuant thereto, to wit:

NO EVIDENCE OBTAINED

DATE: 8-13-13   TIME: 1300
SIGNED: [signature]
DEPT./AGENCY: SDSO
ID NO.: 3576

I, D. PERATA, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property taken by me on the warrant.

Subscribed and sworn to before me this 13TH day of August

[signature]
Officer Executing Search Warrant

[signature]
Magistrate/Judge

SDSC CRM-172[New 9-02]   **RECEIPT AND INVENTORY - SEARCH WARRANT**